CATHERINE M. CORFEE SBN 155064
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440
Email: legalassistant@corfeestone.com

ATTORNEYS FOR DEFENDANT
Steve's Liquor Investment Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:16-cv-02564-JAM-EFB |
| Plaintiff, | **DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO OBJECT TO THE COURT'S SCHEDULING ORDER** |
| vs. | |
| STEVE LIQUOR INVESTMENT INC., a California Corporation; And Does 1-10, | |
| Defendant. | |

IT IS HEREBY REQUESTED by Defendant STEVE'S LIQUOR INVESTMENT INC., through its counsel of record, Catherine M. Corfee of Corfee Stone & Associates that time for Defendant to object to the scheduling order be extended until February 17, and/or February 20, 2017. Defendant had not retained their current counsel of record until after Plaintiff filed a request for entry of default on 12-27-16 (Dkt. 5). On 12-28-16, the Clerk Entered a Default as to Steve's Liquor Investments Inc. (Dkt. 6). On 1-11-17, filed an answer to the Complaint. (Dkt 7). On 1-27-17, Defendant filed its consent/decline form with respect to a magistrate Judge. (Dkt. 8). That same day, Plaintiff's counsel agreed to also proceed with VDRP per their email to Defense

Z:\My Documents\sec\8937 Kamal Steves Liquor\Pleading\2-16-17 Defendant Steve's Liquor's request for eot to object to scheduling order2.docx

counsel, but they have not filed said document yet. However, on 1-27-17, Defendant filed consent to VDRP. (Dkt. 9). On 2-1-17, the parties filed their joint report for the scheduling order. (Dkt. 10). On 02/02/17, the Court issued a Status Pre-Trial Scheduling Order ("Scheduling Order"). (Dkt 11). On 2-6-17, Defendant served its Initial Disclosures on Plaintiff. In the Scheduling Order, the Court stated that objections may be filed within 7 days, i.e., 2/9/17. However, Defense counsel was out of work from 2-7-17 until 2-16-17 for medical purposes and only working a few hours on 2-16-17. Defense counsel had other legal obligations to meet during the time from 2-2-17 to 2-6-17 and there is no other attorney at this firm to work on matters.

For example, opposing counsel requires Defendant to file a joint stipulation to give Defendant an extension of time to file the answer by 2-24-17 even though Defendant filed the answer. That pleading was prepared and submitted to Plaintiff's counsel and after a follow up, Defendant has not received a response. Due to the intervening event, Defendant respectfully requests to file an objection to the scheduling order by either February 17, 2017 and/or February 20, 2017. Defendant believes there is an efficient way to resolve this matter and to stay the matter pending settlement discussions. Defendant served a FRCP 68 Offer and the parties are discussing settlement. Defendant has not requested an extension of time with the Court to date.

Dated: February 16, 2017                             CORFEE STONE & ASSOCIATES

/s/ Catherine M. Corfee
Catherine M. Corfee, Esq.
Attorney for Defendant, Jdbamr, LLC

Z:\My Documents\sec\8937 Kamal Steves Liquor\Pleading\2-16-17 Defendant Steve's Liquor's request for eot to object to scheduling order2.docx

**ORDER**

IT IS SO ORDERED

Based on good cause, the Court hereby grants Defendant to February 20, 2017, to file an objection to the scheduling order.

Date: 2-17-2017

JUDGE OF THE UNITED STATES DISTIRCT COURT

Z:\My Documents\sec\8937 Kamal Steves Liquor\Pleading\2-16-17 Defendant Steve's Liquor's request for eot to object to scheduling order2.docx