1   CATHERINE M. CORFEE SBN 155064
    CORFEE STONE & ASSOCIATES
2   P.O. Box 1098
    Carmichael, CA 95609
3   Telephone: (916) 487-5441
    Facsimile: (916) 487-5440
4   Email: legalassistant@corfeestone.com

5   ATTORNEYS FOR DEFENDANT
6   Steve's Liquor Investment Inc.

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11  SCOTT JOHNSON,                    ) Case No.: 2:16-cv-02564-JAM-EFB
                                      )
12              Plaintiff,            ) **COURT ORDER GRANTING STAY OF**
                                      ) **LITIGATION**
13                                    )
        vs.                           )
14                                    )
                                      )
15  STEVE LIQUOR INVESTMENT INC., a   )
    California Corporation;           )
16  And Does 1-10,                    )
                                      )
17                                    )
                                      )
18              Defendant.            )
                                      )
19  _____  )

20      The parties are directed to promptly meet and confer to discuss settlement of this action.

21  Settlement discussions require focus and preparation and should involve the attorneys who will try

22  the case and the person or persons having full authority to negotiate and settle the case on any

23  terms. Plaintiff should initiate settlement discussions by providing a written itemization of

24  damages and a meaningful settlement demand that includes a brief explanation of why the demand

25  is appropriate. Defendants should respond with an acceptance of the offer or with a meaningful

26  counteroffer, and which includes a brief explanation of why the counteroffer is reasonable. The

27  parties should continue in this way until they reach settlement or have exhausted settlement efforts.

28  The parties shall file a joint status report advising the court whether they have reached settlement

Z:\My Documents\sec\8937 Kamal Steves Liquor\Pleading\02-20-17 Court Order Granting Stay of Litigation

Steve's Liquor 8937.docx

1   or exhausted efforts to settle within 60 days. If the parties believe they have exhausted their efforts

2   to settle, they shall provide a report on the status of their settlement discussions, including the dates

3   on which they have exchanged offers and the date settlement discussions concluded. All previously

4   set deadlines/hearings are VACATED and this case is STAYED pending further order of the court.

5

6
4

5   Date: _____3 · 15 · 2017_____

6                                        JUDGE OF THE UNITED STATES DISTIRCT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28